JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY BUTLER,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | Case No. EDCV 16-78-CAS (KK)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED the Petition is summarily DISMISSED.

Dated: March 28, 2016

/s/ Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
United States District Judge